## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISON

**KATHLEEN KUCINSKI,**                    **CASE NO. 8:16-CV-1707-T-36AAS**

        **Plaintiff,**

**SANTANDER CONSUMER USA, INC.,**

        **Defendant.**

---

### NOTICE OF SETTLEMENT

Defendant Santander Consumer USA, Inc. (Santander), by and through its undersigned counsel, hereby gives notice that it has reached a settlement with Plaintiff, Kathleen Kucinski, which will effectively resolve all matters pending in this lawsuit. Defendant requests this Honorable Court toll all pending deadlines and give the Parties sixty days in which to memorialize the settlement and file the necessary papers to dismiss this action.

Dated this 19th of July, 2016.

Respectfully submitted,

*/s/ Laura Westerman Tanner*
R. Frank Springfield, Esq.
Florida Bar No. 10871
fspringfield@burr.com
Laura Westerman Tanner, Esq.
Florida Bar No. 85573
Email: ltanner@burr.com
Secondary Email: zhasbini@burr.com
**BURR & FORMAN LLP**
One Tampa City Center, Suite 3200
201 North Franklin Street

Tampa, FL  33602
Telephone: 813-221-2626
Facsimile: 813-221-7335

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 19th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court in U.S. District Court, Middle District of Florida, by using the CM/ECF system, which will send a notice of electronic filing to:

Jon P. Dubbeld, Esq.
Berkowitz & Myer
28201[st] Avenue North
St. Petersburg, Florida 33713
jon@berkmyer.com


*/s/ Laura Westerman Tanner*
Laura Tanner, Esq.